**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MOHAMAD ALHAMMAMI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-323 (LMB/IDD) |
| ) | |
| JEDIDAH HUSSEY, Director of the Arlington ) | |
| Asylum Office, U.S. Citizenship & Immigration ) | |
| Services, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

In this action, Petitioner sought an order to compel the U.S. Citizenship and Immigration Services ("USCIS") to complete its review of his asylum application. USCIS has completed its review and has referred the matter to immigration court by issuing a referral notice and notice to appear. In doing so, USCIS no longer retains the authority to adjudicate the asylum application and Petitioner may pursue his asylum application with the immigration court. Accordingly, the parties hereby stipulate and agree that the action be dismissed as the action is now moot. Moreover, both parties stipulate and agree that each party shall bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

Respectfully submitted,

| | |
|---|---|
| G. ZACHARY TERWILLIGER | /s/ |
| UNITED STATES ATTORNEY | ALFRED L. ROBERSTON, JR. |
| | Robertson Law Office PLLC |
| By: /s/ | 6575 Edsall Road |
| MATTHEW J. MEZGER | Springfield, Virginia 22151 |
| Assistant U.S. Attorney | Tel: (703) 996-4005 |
| 2100 Jamieson Avenue | Fax: (703) 548-5006 |
| Alexandria, Virginia 22314 | Email: rob@robertsonlawoffice.com |
| Tel: (703) 299-3741 | |
| Fax: (703) 299-3983 | |
| Email: matthew.mezger@usdoj.gov | |
| *Counsel for Respondents* | *Counsel for Petitioner* |